# EXHIBIT B

GOODWIN | PROCTER

Steven J. Frank
617.570.1241
sfrank@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

May 9, 2005



**By Federal Express**

Mr. Paul S. Otellini
President and Chief Operating Officer
Intel Corporation
2200 Mission College Blvd.
Santa Clara, CA 95052

Dear Mr. Otellini:

We represent AmberWave Systems Corporation in connection with business and intellectual-property matters. On Tuesday, May 3, 2005, I accompanied a high-level team from AmberWave to Intel's Hillsboro campus, where we met with Brad Greenwald, Reza Afghan, Farshid Adibi-Rizi, and Reed Stahlie. Our presentation covered Intel's technology and its infringement of U.S. Patent No. 6,831,292 and allowed application serial nos. 2004/0161947 and 2004/0045499, all owned by AmberWave. I note that AmberWave had raised the '292 patent and the '947 application with Intel in a meeting with members Intel's Intellectual Property Licensing Group at Intel on January 27, 2005 in Santa Clara, California.

This will serve as formal notice to Intel that its current commercial products, including, without limitation, its Prescott and Dothan processors, infringes claims of the patent and allowed applications set forth above. Accordingly, we respectfully request that Intel take immediate steps to conclude license negotiations with AmberWave or to cease infringement of AmberWave's intellectual property.

Neither this letter nor any past or future correspondence will be deemed to constitute a release or waiver of any of Intel's obligations, liabilities, failures or defaults, or of any of AmberWave's rights and remedies, all of which are expressly reserved and not waived.

Very truly yours,

Steven J. Frank

SJF:nmg
cc:    Mr. Thomas R. Franz (by Federal Express)
       Mr. Richard J. Faubert
       Bryan P. Lord, Esq.

LIBC/2467501.1