IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION,            )<br>                                              )<br>            Plaintiff,            )<br>                                              )<br>       v.                               )     Civil Action No. 05-682-KAJ<br>                                              )<br>AMBERWAVE SYSTEMS    )<br>CORPORATION,                  )<br>                                              )<br>            Defendant.         ) | |

## NOTICE OF ENTRY OF APPEARANCE

Please enter my appearance for defendant AmberWave Systems Corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  *Attorney for Defendant*
  *AmberWave Systems Corporation*

OF COUNSEL:

Morgan Chu
David I. Gindler
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
(310) 277-1010

485226

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on September 28, 2005 I electronically filed the Notice of Entry of Appearance with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll (#1088)
>Young, Conaway, Stargatt & Taylor, LLP

I also certify that copies were caused to be served on September 28, 2005 upon the following in the manner indicated:

**BY HAND**

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>*/s/Jack B. Blumenfeld (#1014)*
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>jblumenfeld@mnat.com

454672