IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTEL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-682-KAJ |
| | ) | |
| AMBERWAVE SYSTEMS CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant AmberWave Systems Corporation states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ *Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
Tel:  (302) 658-9200
lpolizoti@mnat.com
Attorneys for Defendant
AmberWave Systems Corporation

OF COUNSEL:
Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
(310) 277-1010

September 29, 2005