CERTIFICATE OF SERVICE

I, Jack B. Blumenfled, hereby certify that on September 29, 2005 I electronically filed Defendant's Rule 7.1 Statement with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll (#1088)
>Young, Conaway, Stargatt & Taylor, LLP

I also certify that copies were caused to be served on September 29, 2005 upon the following in the manner indicated:

**BY HAND**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

George M. Newcombe
Simpson Thacher & Bartlett LLP
300 Hillview Avenue
Palo Alto, CA  94304

>/s/     Jack B. Blumenfeld (#1014)
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>jblumenfeld@mnat.com

454672