IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-682-KAJ |
| ) | |
| AMBERWAVE SYSTEMS ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that the time in which the defendant may move, answer or otherwise respond to the Complaint is extended until October 18, 2005.

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ Josy W. Ingersoll
_____
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4432)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6672
jingersoll@ycst.com
  Attorneys for Plaintiff

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Jack B. Blumenfeld
_____
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
  Attorneys for Defendant

SO ORDERED this _____ day of October, 2005

_____
United States District Court Judge