


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-682-KAJ |
| ) | |
| vs. ) | |
| ) | |
| AMBERWAVE SYSTEMS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED, by and between Intel Corporation ("Intel") and AmberWave Systems Corporation ("AmberWave") that the Court enter the following Stipulated Order of Dismissal, which shall be binding upon them:

1. Intel's claims against AmberWave are hereby dismissed without prejudice.

2. Intel and AmberWave shall bear their own costs and attorneys' fees in connection with this action. In addition, Intel and AmberWave waive any and all rights to appeal this Stipulated Order of Dismissal.

Dated: February 2, 2006

Respectfully submitted,

OF COUNSEL
George M. Newcombe
SIMPSON THACHER & BARTLETT LLP
3330 Hillview Avenue
Palo Alto, California 94304

By: _____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801

Attorneys for Plaintiff Intel Corporation

|  |  |  |
|---|---|---|
| OF COUNSEL<br>Morgan Chu<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067 | By: | /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>Leslie A. Polizoti (#4299)<br>MORRIS, NICHOLS, ARSHT, &<br>TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br><br>Attorneys for Defendant AmberWave<br>Systems Corporation |

## ORDER

Pursuant to the Stipulation between Intel and AmberWave, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Intel's claims against AmberWave are hereby dismissed without prejudice;

2. Intel and AmberWave shall bear their own costs and attorneys' fees in connection with this action. In addition, Intel and AmberWave waive any and all rights to appeal this Stipulated Order of Dismissal.

Dated: March 1, 2006

_____
United States District Court Judge